**UNITED STATES of America, Plaintiff—Appellee,**

v.

**James Dale MIDWELL, Defendant— Appellant.**

**No. 08–30425.**

United States Court of Appeals, Ninth Circuit.

Submitted July 14, 2009.*

Filed July 21, 2009.

Stephanie Joyce Lister, USSP–Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Christina Lee Hunt, Senior Litigation, Federal Public Defender's Office, Spokane, WA, for Defendant–Appellant.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, THOMAS, and WARDLAW, Circuit Judges.

MEMORANDUM **

James Dale Midwell appeals from the lifetime period of supervised release imposed following his guilty-plea conviction for possession of child pornography, in violation of 18 U.S.C. § 2252(A)(a)(5)(B). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Midwell contends that the district court procedurally erred by failing to consider all of the 18 U.S.C. § 3553(a) sentencing factors and that a lifetime term of supervised release is substantively unreasonable. The district did not procedurally err. *See United States v. Carty,* 520 F.3d 984, 992 (9th Cir.2008) (en banc). The lifetime term of supervised release is not substantively unreasonable in light of the totality of the circumstances. *See United States v. Daniels,* 541 F.3d 915, 922–24 (9th Cir.2008); *see also Carty,* 520 F.3d at 993.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

